**George Hutton, Appellee, v. Albert Miller and E. P. Miller, trading as Albert Miller & Company, Appellants.**

**Gen. No. 24,013.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed June 10, 1918.

### Statement of the Case.

Action by George Hutton, plaintiff, against Albert Miller and E. P. Miller, copartners, trading as Albert Miller & Company, defendants, for goods sold and delivered. From a judgment for plaintiff for $198.73, defendants appeal.

TELLER & PENNISH, for appellants.

W. K. PATTISON, for appellee; DOUGLAS C. GREGG, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

PRINCIPAL AND AGENT, § 113*—*when principal may recover proceeds of sale of property from person procuring property from agent.* In an action to recover for goods sold by a broker, where it appears that the plaintiff shipped the goods through his agent, that the latter, of his own motion, turned over the bills of lading, which were made out to plaintiff, to a third person who forwarded them to defendant, that when defendant attempted to credit such third person's account with the proceeds of the sale of the goods, the latter notified defendant that the goods were plaintiff's property and that defendant knew that such third person frequently acted as agent for others, *held* that plaintiff was entitled to recover the proceeds of the sale of the property.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.